# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No.  15-cv-00359-REB-CBS

K.J., a minor, by and through his parents,
MICHAEL JAY and SHELLEY JAY,
MICHAEL JAY, and
SHELLEY JAY, individually,

      Plaintiffs,

v.

ROBERT WILLIS,
PETER LOFY, and
FRANK CLARK,

      Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

    The matter is before me on the **Plaintiffs' Unopposed Motion To Dismiss** [#8][1]
filed March 16, 2015.  After careful review of the motion and the file, I conclude that the
motion should be granted and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Plaintiffs' Unopposed Motion To Dismiss** [#8] filed March 16,
2015, is granted; and

    2.  That this action is dismissed without prejudice with the parties to pay their
own attorney fees and costs.

---

[1] "[#8]" is an example of the convention I use to identify the docket number assigned to a specific
paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention
throughout this order.

Dated March 17, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge